UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CHRISTOPHER MCCLAIN, ET AL**

v.    CIVIL ACTION NO. 22-10649-DJC

**CAPE AIR**

## SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

February 28, 2025

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk